PATTERSON v. PATTERSON

No. 253P00

Case below: 137 N.C.App. 653

Petition by intervenor (Paula S. Patterson) for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

ROGERS v. CITY OF WILMINGTON

No. 264P00

Case below: 137 N.C.App. 588

Petition by petitioners for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

SIMMONS v. LANDFALL ASSOCS.

No. 323PA00

Case below: 138 N.C.App. 554

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 24 August 2000.

SISKO v. PRITCHETT

No. 298P00

Case below: 138 N.C.App. 327

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.

SMD ENTERS., INC. v. CITY OF MONROE

No. 276P00

Case below: 137 N.C.App. 772

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 August 2000.